# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TANNEN SOOJIAN,<br><br>    Petitioner,<br><br>  v.<br><br>JOE A. LIZARRAGA,<br><br>    Respondent. | Case No. 1:16-cv-00254-AWI-SAB-HC<br><br>ORDER TO SHOW CAUSE WHY<br>SANCTIONS SHOULD NOT BE IMPOSED |

    Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. On June 13, 2016, this Court ordered that within seven days Respondent was to re-serve the answer on Petitioner and to file a certificate of service with the Court. (ECF No. 23). Respondent has failed to file a certificate of service with the Court. As of August 12, 2016, Petitioner has yet to receive a copy of the answer. (ECF No. 25).

    Local Rule 110 provides that "[f]ailure of counsel or of a party to comply with these Rules or with any order of the Court may be grounds for imposition by the Court of any and all sanctions authorized by statute or Rule or within the inherent power of the Court."

///

///

///

///

Accordingly, it is HEREBY ORDERED that Respondent is ordered to show cause why appropriate sanctions should not be imposed for failing to obey a court order within FOURTEEN (14) days of the date of service of this order.

IT IS SO ORDERED.

Dated:  **August 16, 2016**

UNITED STATES MAGISTRATE JUDGE