# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TANNEN SOOJIAN,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>JOE A. LIZARRAGA,<br><br>　　　　Respondent. | Case No. 1:16-cv-00254-AWI-SAB-HC<br><br>ORDER DISCHARGING ORDER TO SHOW CAUSE<br><br>(ECF No. 26) |

　　　　On June 13, 2016, this Court ordered that within seven days Respondent was to re-serve the answer on Petitioner and to file a certificate of service with the Court. (ECF No. 23). Respondent failed to file a certificate of service within the allotted time period. Therefore, on August 16, 2016, the Court issued an order to show cause why sanctions should not be imposed for failure to obey a court order. (ECF No. 26). That same day, Respondent filed a certificate of service indicating that the answer was mailed to Petitioner on August 16, 2016. (ECF No. 27).

　　　　In light of Respondent's compliance with the Court's June 13th order, IT IS HEREBY ORDERED that the order to show cause issued August 16, 2016, is DISCHARGED.

IT IS SO ORDERED.

Dated:　**August 17, 2016**

　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1