IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TANNEN SOOJIAN,<br><br>    Petitioner,<br><br>vs.<br><br>JOE A. LIZARRAGA,<br><br>    Warden. | Case №: 1:16-cv-00254-1-AWI-SAB;<br>CA №: 18-15066<br><br>**O R D E R**<br>**APPOINTING COUNSEL** |

The above named Defendant has, under oath, sworn or affirmed as to his financial inability to employ counsel or has otherwise satisfied this Court that he is financially unable to obtain counsel and wishes counsel be appointed to represent him. Therefore, in the interests of justice and pursuant to the U.S. CONST., amend VI and 18 U.S.C. § 3006A,

IT IS HEREBY ORDERED that Tony Farmani be appointed to represent the above defendant in this case effective *nunc pro tunc* to April 17, 2020 on his Habeas Appeal.

This appointment shall remain in effect until further order of this court.

IT IS SO ORDERED.

Dated:  April 21, 2020                                                 _____
                                                                                                      SENIOR DISTRICT JUDGE